IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

DAVIES, KIM HEATHER CASE # 12-41072-7

Debtor.

**TRUSTEE'S MOTION TO REMIT FUNDS TO THE DEBTOR**

COMES now the Trustee, Darcy D. Williamson, and moves the Court for an Order allowing funds to be remitted to the debtor. In support of her Motion, Trustee states the following:

1. The Trustee received the sum of $4,967.00 from the United States Treasury (and the debtor), which represents the debtor’s 2012 Federal refunds.

2. The Trustee did not receive the sum of $1,073.00 from the debtor. The Trustee allowed the debtor to keep as representing non-estate funds.

3. The estate’s pro rata share of the debtor’s 2012 State and Federal tax refunds is $3,168.52 ($4,967.00 Federal + $1,073.00 State = $6,040.00 - $0.00 Attorney Assignment x .524590164 = $3,168.52). Therefore, out of the funds received, the sum of $1,798.48 is not estate property.

4. After the expiration of 14 days following the Court's entry and approval of this Motion and Order thereto, the Trustee moves the Court for authority to pay the non-estate funds in the amount of **$1,798.48**, unto the debtor (in care of her attorney), provided no timely objections are filed to this Motion and Order thereto.

WHEREFORE, the Trustee prays the Court for an Order allowing funds to be remitted to the debtor as set forth above and further prays for all other proper relief.

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka, KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION TO REMIT FUNDS TO THE DEBTOR** was filed electronically on May 7, 2013, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Kim Heather Davies
814 Sherry Street
Junction City, KS 66441

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka, KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com